Daniel Gukeisen #021109
538 West Culver Street
Phoenix, Arizona 85003
602-790-6721
gukelaw@yahoo.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In Re: | Chapter 7 |
|---|---|
| James R. Olsen, and<br>Heather M. Olsen | Case No. 2:09-bk-25304 |
| | MOTION TO REOPEN CASE |

    COMES NOW Daniel Ray Gukeisen and hereby respectfully moves this Court to reopen the case to correct knowing material misrepresentations of fact.

    Respectfully Submitted this 29th day of July, 2010,

/s/ Daniel Gukeisen
Daniel Gukeisen 021109

**Certificate of Service**

    I, Daniel Gukeisen, hereby certify that a copy of the foregoing was served via U.S. Mail on the following parties:

James R. Olsen
7237 West Rue De Lamour
Peoria, Arizona 85381

Heather M. Olsen
7237 West Rue De Lamour
Peoria, Arizona 85381

Robert A. Mackenzie
2025 North 3rd Street #157
Phoenix, Arizona 85004

U.S. Trustee
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003

                                              /s/ Daniel Gukeisen        July 29, 2010