**SO ORDERED.**

Daniel Gukeisen #021109
538 West Culver Street
Phoenix, Arizona 85003
602-790-6721
gukelaw@yahoo.com

Dated: August 17, 2010



_____
**CHARLES G. CASE, II**
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| In Re: | Chapter 7 |
|---|---|
| James R. Olsen, and Heather M. Olsen | Case No. 2:09-bk-25304 |
| | ORDER REOPENING CASE |

    PROPER NOTICE AND PLEADING having been filed, and issues affecting the bankruptcy estate having been proposed to be heard by this Court, it is hereby

    ORDERED THAT THIS CASE BE REOPENED to consider further pleading.

    Hereby ORDERED this _____ day of August, 2010,

_____
Honorable Charles G. Case II